UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWMEDICA OSTEONICS
CORP., a subsidiary of Stryker
Corporation, a New Jersey
Corporation,

    Plaintiff,

v.                                                Case No. 3:21-cv-789-BJD-PDB

ALPHATEC SPINE, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER OF REFERRAL

In accordance with 28 U.S.C. § 636(b), Rule 1.02, United States District Court, Middle District of Florida, and the Administrative Order (Doc. 3) entered in Case No. 8:20-mc-100-T-23, Defendant Alphatec Spine, Inc.'s Partial Motion to Dismiss or, in the Alternative, For More Definite Statement and Memorandum of Law in Support (Doc. 15; Motion) is hereby **REFERRED** to the Honorable Patricia D. Barksdale, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the Motion.

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of April, 2022.

                                                      BRIAN J. DAVIS
                                                      United States District Judge

- 2 -

cs
Copies furnished to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record