United States District Court
Middle District of Florida
Jacksonville Division

**HOWMEDICA OSTEONICS CORP.,**

    *Plaintiff,*

v.                                  NO. 3:21-cv-789-BJD-PDB

**ALPHATEC SPINE, INC.,**

    *Defendant.*

# Order

On September 30, 2022, the plaintiff's counsel emailed chambers to report that exhibit 2 (Doc. 47-3) to the plaintiff's response in opposition (Doc. 47) to the defendant's motion to compel (Doc. 45) was inadvertently filed without redacting confidential information. By the **close of business today**, the plaintiff must file a redacted version of exhibit 2, and the clerk must designate the unredacted version of exhibit 2 in a way that only the parties and the Court can view the exhibit. If a party wants the Court to consider the redacted information to resolve the discovery dispute, the party interested in maintaining confidentiality must provide good cause for continued redaction.

**Ordered** in Jacksonville, Florida, on October 3, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

Attachment (email from plaintiff's counsel)