IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| HOWMEDICA OSTEONICS CORP., a subsidiary of STRYKER CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC SPINE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:21-cv-00789-BJD-PDB |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF FIRST MOTION TO COMPEL DOCUMENT PRODUCTION AND DISCOVERY RESPONSES FROM PLAINTIFF

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Alphatec Spine, Inc. ("Defendant") hereby withdraws its First Motion to Compel Document Production and Discovery Responses from Plaintiff Howmedica Osteonics Corp. ("Plaintiff"; the "Motion"; Document 45) in its entirety. Defendant submits that following the filing of the Motion, Plaintiff and Defendant have engaged in further meet and confer efforts and Plaintiff has produced additional discovery to Defendant and supplemented existing discovery answers. As a result, the issues addressed in the Motion have become moot and a hearing on the Motion, which is currently

-1-

scheduled for Friday, October 19, 2022, at 10:00 a.m., is no longer necessary. Defendant's Notice of Withdrawal of the Motion is without prejudice to Defendant's rights and remedies with respect to all discovery Defendant has propounded on Plaintiff in this matter that was not specifically addressed in the Motion.

Dated: October 19, 2022

Respectfully Submitted,

By: /s/ Christian E. Dodd
Christian E. Dodd
Florida Bar No. 93404
cdodd@hickeysmith.com
**HICKEY SMITH DODD LLP**
10752 Deerwood Park Blvd., Suite 100
Jacksonville, FL  32256
Telephone: 904.374.4238
Facsimile: 904.374.4238

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Stephen E. Fox (*specially appearing*)
Texas Bar No. 07337260
sfox@sheppardmullin.com
Jonathan E. Clark (*specially appearing*)
Texas Bar No. 24069515
jclark@sheppardmullin.com
2200 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401

Attorneys for Defendant
ALPHATEC SPINE, INC.

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 19th day of October, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. All others will be served via electronic mail.

                                      */s/ Christian E. Dodd*
                                      Christian E. Dodd