United States District Court
Middle District of Florida
Jacksonville Division

**HOWMEDICA OSTEONICS CORP.,**

 *Plaintiff,*

v.                NO. 3:21-cv-789-BJD-PDB

**ALPHATEC SPINE, INC.,**

 *Defendant.*

# Order

 For the reasons presented in the plaintiff's motion to compel, Doc. 48, and stated on the record at the October 21, 2022, telephone conference, Doc. 58, the Court **grants in part** the motion, Doc. 48, to the extent that the plaintiff may depose Pat Miles at a time and place convenient for him. To the extent the plaintiff wants Mr. Miles made a custodian for discovery purposes, that aspect of the motion is **denied as moot**. Still, as discussed at the hearing, the defendant will expand its search of Mr. Miles's texts and emails, including by not limiting its search to communications only between Mr. Miles and former Stryker employees.

 For any future discovery dispute, counsel, at their joint option, may contact the Courtroom Deputy to schedule a telephone conference in lieu of formal briefing.

Based on the defendant's notice, Doc. 57, the Court considers the defendant's motion to compel, Doc. 45, withdrawn and directs the clerk to modify the docket to show the motion is no longer pending.

**Ordered** in Jacksonville, Florida, on October 26, 2022.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*