**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **HOWMEDICA OSTEONICS CORP., a subsidiary of STRYKER CORPORATION, a New Jersey corporation,** | ) ) ) ) | |
| | ) | **CASE NO. 3:21-cv-00789-BJD-PDB** |
| **Plaintiff,** | ) ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALPHATEC SPINE, INC., a Delaware corporation,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

**SECOND JOINT MOTION TO STAY PROCEEDINGS PENDING**
**CONSUMMATION OF SETTLEMENT**

Plaintiff Howmedica Osteonics Corp. ("**Howmedica**" or "**Plaintiff**") and

Defendant Alphatec Spine, Inc. ("**ATEC**" or "**Defendant,**" and, collectively

Plaintiff and Defendant may be referred to as the "**Parties**"), by and through their

respective undersigned counsel, hereby move this Court for entry of an Order

granting the Parties an additional 30-day stay on *all pending deadlines* contained in

the Court's Third Amended Case Management And Scheduling Order (the "**Third**

**Amended Scheduling Order**") (ECF No. 79).

As reported to the Court on January 18, 2023, pursuant to the Third Amended

Scheduling Order, the Parties mediated with mediator Jay M. Cohen, Esq. on

-1-

January 17, 2023, at 880 North Orange Avenue, Orlando, Florida 32801. At the conclusion of mediation, the Parties reached an agreement in principle that will resolve all claims by and between them in this matter. The Parties have spent the last four weeks negotiating two key provisions of the settlement and request additional time to finalize and execute formal settlement documents.

Given impending discovery and other Court deadlines, the Parties request the Court to stay all pending deadlines for an additional 30 days while the Parties finalize and execute these settlement documents. The Parties will promptly notify the Court once the settlement documents have been finalized and executed.  In accordance with the terms of the settlement documents, the parties will thereafter file a stipulation of dismissal of this matter. In light of the foregoing, good cause exists for the Court to enter an order staying all pending deadlines as requested herein and the Parties jointly request the Court to enter such order.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for the Parties have conferred regarding this Motion and there is no opposition to the relief sought herein.

Respectfully submitted,

Dated: February 16, 2023

/s/*Stephen E. Fox*                                     /s/*Steven J. Pearlman*

Christian E. Dodd                                         Steven Pearlman, Esq.

Florida Bar No. 93404                                   (*admitted pro hac vice*)

cdodd@hickeysmith.com
**HICKEY SMITH DODD LLP**
10752 Deerwood Park Blvd., Suite 100
Jacksonville, FL  32256
Telephone: 904.374.4238
     -and-
**SHEPPARD, MULLIN, RICHTER**
  **& HAMPTON LLP**
Stephen E. Fox (*admitted pro hac vice)*
Texas Bar No. 07337260
sfox@sheppardmullin.com
Jonathan E. Clark (*admitted pro hac vice*)
2200 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 469.391.7400
*Attorney for Defendant*

PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3545
spearlman@sheppardmullin.com
*Attorney for Plaintiff*