UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWMEDICA OSTEONICS
CORP., a subsidiary of Stryker
Corporation, a New Jersey
Corporation,

    Plaintiff,

v.                                                                Case No. 3:21-cv-789-BJD-PDB

ALPHATEC SPINE, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Second Joint Motion to Stay Proceedings Pending Consummation of Settlement (Doc. 84; Motion) filed on February 16, 2023. In the Motion, the parties advise the Court that this case has been resolved and request that the case be stayed for thirty-days to allow the parties time to draft, finalize, and execute settlement documents. See Motion at 1.

Accordingly, it is hereby

**ORDERED:**

1. The Second Joint Motion to Stay Proceedings Pending Consummation of Settlement (Doc. 84) is **GRANTED**.

2. The final pretrial conference scheduled for August 23, 2023, is cancelled and this case is removed from the September 5, 2023, trial term.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

4. On or before **April 17, 2023**, the parties shall file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

5. If the parties have not so stipulated or moved the Court by the **April 17, 2023,** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of March, 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties