IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **HOWMEDICA OSTEONICS CORP.**, a subsidiary of **STRYKER CORPORATION**, a New Jersey corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**ALPHATEC SPINE, INC.**, a Delaware corporation,<br><br>    Defendant. | CASE NO. 3:21-cv-00789-BJD-PDB |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Howmedica Osteonics Corp. and Defendant Alphatec Spine, Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly notify the Court that the Parties have executed a settlement agreement which addresses all claims asserted in the litigation. Pursuant to the terms of the agreement, certain conditions of the settlement agreement will not be completed until July 7, 2023, at which time the parties will file a joint stipulation of dismissal with prejudice. The Parties are providing this submission in accordance with the Court's March 17, 2023 Order, ECF No. 85.

Respectfully submitted,

Dated: April 17, 2023

| | |
|---|---|
| /s/*Steven J. Pearlman* | /s/*Stephen E. Fox* |
| Steven Pearlman, Esq. | Christian E. Dodd |
| (*admitted pro hac vice*) | Florida Bar No. 93404 |
| PROSKAUER ROSE LLP | cdodd@hickeysmith.com |
| 70 West Madison, Suite 3800 | HICKEY SMITH DODD LLP |
| Chicago, Illinois 60602 | 10752 Deerwood Park Blvd., Suite 100 |
| Telephone: (312) 962-3545 | Jacksonville, FL 32256 |
| spearlman@proskauer.com | Telephone: 904.374.4238 |
| | |
| Edna Doris Guerrasio | and |
| (*admitted pro hac vice)* | |
| Proskauer Rose LLP | SHEPPARD, MULLIN, RICHTER |
| Eleven Times Square | & HAMPTON LLP |
| New York, NY 10036 | Stephen E. Fox |
| Telephone: (212) 969-3012 | (*admitted pro hac vice*) |
| Email: eguerrasio@proskauer.com | Texas Bar No. 07337260 |
| | sfox@sheppardmullin.com |
| Jurate Schwartz, Esq. | Jonathan E. Clark |
| PROSKAUER ROSE LLP | (*admitted pro hac vice*) |
| 2255 Glades Road, Suite 421A | 2200 Ross Avenue, Suite 2000 |
| Boca Raton, FL 33431 | Dallas, Texas 75201 |
| Telephone: (561) 241-7400 | Telephone: (469) 391-7400 |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |