UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWMEDICA OSTEONICS
CORP., a subsidiary of Stryker
Corporation, a New Jersey
Corporation,

    Plaintiff,

v.                                         Case No. 3:21-cv-789-BJD-PDB

ALPHATEC SPINE, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. 88; Stipulation) filed on July 7, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of July, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record